**Opinion filed January 31, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00327-CV

_____

## JUSTIN D. PERRYMAN AND KENNETH R. KOEPKE,
### Appellants

## V.

## CITIZENS NATIONAL BANK AT BROWNWOOD, Appellee

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CV1611446**

### O R D E R

Appellant Kenneth R. Koepke has filed in this court a pro se motion to dismiss his portion of this appeal. In the motion, Koepke indicates that he does not wish to proceed with this appeal, and he requests that his appeal be dismissed. Per this court's request, Appellee has filed a response to Koepke's motion to dismiss. Appellee states in its response that Koepke and Appellee have reached a settlement

agreement in which Koepke agreed to dismiss his appeal. In accordance with Koepke's request, we dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Koepke's motion to dismiss is granted, and this appeal is dismissed in part. The appeal remains active as to Appellant Justin D. Perryman.

PER CURIAM

January 31, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.